UNITED STATES DISTRICT COURT
Concord, NH

FILED - USDC-NH
2020 JUL 29 PM 12:16

District of Merrimack NH                     Docket #

Natasha Athens
v.
Walmart, McDonald's, Target
Monadnock Co-Op,  Apple, Inc.
            Defendants

Complaint against Mask Orders & HIPPA Violations

Civil Rights & Civil Liberties & Constitutional Right Violations 1st Amendment, 14th Amendment, Violation of the Sherman Act – Antitrust Laws & Monopolies, HIPPA law violations

DEMAND FOR A JURY TRIAL

Now comes the Plaintiff  Natasha Athens, 192 Roxbury St Keene NH  03431 who  is unable to continue shopping at a local chain store, Walmart, due to the illicit mandated order to "wear a mask" She is a resident of Keene NH and deprived all of her rights to shop locally as all stores are now demanding mask use, despite the bad Governor finally lifting his illicit order.  He bestowed a fake power onto local businesses and closed small businesses giving large brands the opportunity to create a monopoly and now those same brands have become dictators.

2.      The Defendants have violated the Plaintiff (and country's) civil rights
Walmart Inc.  702 S.W. Eighth St., Bentonville, AR 72716,
McDonald's Inc.  110 North Carpenter Street. One **McDonald's** Plaza. Chicago, IL 60607
Target Inc. 1000 Nicollet Mall, Minneapolis, MN, 55403.
Apple Inc   One Apple Park Way in **Cupertino, California, United States**.
Monadnock Co-Op  34 Cypress St,  Keene NH  03431

have made an order (and some have walked it back) for the entire country that is in violation of civil liberties, civil rights, and our Constitutional Amendments 1, and the 14th Amendment.  Many other brands, Just as Joanne Fabrics, the Airlines, etc. have made these illicit orders that cannot be enforced.

STATEMENT OF FACTS

3.      Prior to March 2020, our civil rights were enforced, and they cannot be removed in any form.  Any virus is not the government's job to oversee, people oversee their health and those decisions, government does not, businesses do not, and governors do not.  The plot to reverse what government does was not about anyone's health, it was about an invisible control.  A healthy person would not look to deplete anyone's oxygen

intake, they would not put a universal mandate in place to people that are not even at risk, they would not attempt to divide, nor would they exceed their legal authority. Corrupt governors overstepped their legal authority, and demanded that business commit acts that they did not have jurisdiction to do, and then it followed with even further abuses and "orders" that cannot be backed up anywhere in government.

There is no legal order for a lockdown that can even be put into place. About 23 USA states did not have the virus", the Defendants have made an illicit order that anyone that wants to shop at their stores, must be wearing a mask, and this order comes nearly 5 months after the "height" of the virus. Business don't get to make orders onto their customers. This would never pass legislation, thus they have not even tried, and since 1803 they have tried to institute actions to take over freedom. In Marbury V Madison, https://www.britannica.com/event/Marbury-v-Madison it was determined that the Constitution is the actual rule of law, and no one can "make up laws" that are in fact, not laws, but theft of power. The Constitution is our rule of law, and new laws have to be passed in order to be enforced. All private business cannot implement any policy to any one that is not legislated. The Supreme Court also must use the Constitution most important part of that law, and the date more than 200 years ago. Power grabs are aiming to erase what is already law, and in this case, Congress is the only one that can pass new laws, businesses cannot.

For example, the Plaintiff cannot "order" people to eat oranges, or wear purple, as she simply has the same standing as the CEO's of these companies that are making illicit rules, that "order" could never be enforced. Further if she owned a business and "banned" anyone not dressed in purple that would not eat oranges, she would be discriminating, and unable to operate. If the Plaintiff stood in Time Square NY and held a sign stating that everyone must dance to her music, she would be unable to take action upon those that failed to dance. People would also want her checked from her mental status, but she lacks authority to "command" any single action upon other equal status people. The most corrupt have tried to compare the shirt and shoes policy for decent exposure and liability against anyone getting cut on the premises of any location to "wearing a mask" that is not even in the league of those policies. Appearing decent in public has the premise of being civilized and not indecent vs. masks which come in a variety of shapes, sizes and colors and have nothing to do w/ decency. They in fact, scare people and leave any person unable to know if a person is going to hurt them. It's preposterous to even be having this debate, since no business can even carry out this "policy".

Business owners cannot refuse service to a single person, based on a fake policy they conjured up, that prohibits entry without a face blinder, much like one puts on a horse. The multiple defendants enacting this policy are in fact conspiring to restructure the entire United States, where they have assigned themselves new titles as people's bosses, when in fact, customers don't have store owners as bosses, if they are just shopping.

Employees of these horrid businesses are being strong armed as well. If they want a paycheck and to feed their families, they must comply. Once upon a time, good employees were assets to any company, and valued, not imprisoned. Now, the

definition of a good employee is one that goes after and targets those that "won't wear a mask". This artificial power is costing the entire economy, and harming the freedom so hard fought since the USA began.

a. If the Plaintiff "overtook the waters" and told all boats they must dock a certain distance from each other, they must go a certain speed, and spend a certain amount on gas, or they would lose their docking privileges, this would start a war. The Plaintiff, a monopoly with the gas pump access would then be dominant over boat owners, and so on.

b. The Defendants are doing the same thing. Their illicit order means no food, no groceries, no service, no supplies unless a false compliance is achieved & people are letting them, so why is this? Answer, we have corrupt government, compromised judges, and the intention to take freedom away in exchange for tyranny. There is not a single business that can tell people how far apart to stand, they cannot redesign their floors with one way arrows, and 6 feet apart during check outs. This is another power grab, with a fake definition, meant to prevent freedom while anywhere, and the liberty to allow moms to hold children, or lovers to hold hands. Businesses cannot tell their customers how to interact.

c. There are massive health risks to reduced oxygen levels, and healthy people do not and should not be using any mechanism to reduce receipt of full oxygen, it can cause death, heart attacks, strokes, and damage the brain. There are excessive risks to putting masks on for every age, and different temperature levels. None of the Defendants are "doctors" and they cannot take over individual health of their customer base. They don't have any legal access to private medical data, as people's health is protected to this day by HIPPA laws. https://www.hhs.gov/hipaa/index.html

d. Government is not able to have any access to private medical data, and that would include all restrictions on breathing and depletion of oxygen. Masks cause trauma to adults and children, and restrict breathing severely. They also have people inhaling their own exhaled breath, which is so unhealthy. Businesses simply put will never have power over their customer base, or the ability to invade their privacy and reasons for being unable to wear masks.

e. The Defendants have created a nationwide dissent among its own customers, since they have become totalitarian and discriminatory, mistreating people that need to buy supplies, food, etc. Bad governors gave them an artificial power in March 2020, and now the 2nd leg of this stolen power is to then let basic brands become dictators in the market, and deny service to those that won't comply.

f. The Defendant Apple violated people's rights to their privacy and protection of their medical data. The HIPPA laws prevent Apple, or any "device" creator from abusing the trust of their customers by selling them any product that turns out to

"turn on them" and destroy their privacy.  There have been many lawsuits, fines and charges brought against the manufacturers of these devices, but this step of Defendant Apple is by far the worse.  They hid inside of an app and download, the theft of any user's rights to their medical data, and put in a Covid-19 alert and some software update that depicts anyone that is infected with anyone, or had contact with a person that tested positive for the virus.  This is a violation of the HIPPA laws, a total invasion of a person's right to their privacy, and Apple is not in charge of people's health or where they go.  They cannot "track" people via this app or device, but they are.  The intention to put this onto people's phones was a trick and track, and not something that can be removed.  They continued on with the next download to even violate further if a person does let these updates go onto their phones.  It's done without their knowledge or consent, as most users were unaware that they were being tracked and traced.  The Defendant Apple has no right to anyone's data unless they need an ambulance, and even then, that data is protected by the ambulance and the hospital.  This invasion is criminal, and yet no one has stopped Apple from bypassing laws, rules, Congress, legislation simply to victimize people that want a phone for communication and they weaponized it.  This is an invasion on civil liberties and freedom, as well as a HIPPA violation.  They need to be held accountable for that.

4. Civil liberties, and civil rights, including freedom and the right not to discriminate have divided the nation, between the most insecure and fear driven Americans vs. those that researched the science behind masks, germs, viruses, and the harm of cutting off oxygen to your lungs.  Masks are full of germs, and they can linger for 72 hours.

STATEMENT OF FACTS

5.      The first Amendment, and the 14th Amendment prohibit any company, to sever freedom, and liberty.  In past power lunges and authoritative take-overs, no one has ever gone as far as what has happened in 2020, and they all had the power to legislate these exact issues DURING the "pandemic" oddly, no one did.  The stolen power just appeared out of thin air, and has taken over a free nation.  The sinister plot was to use companies like the Defendants to implement this dictatorial mandate, and weaken society that "needs" to shop there, and then take away the "customer power" making them "comply" or not get supplies.

6.      There was a reason why bad governors allowed for certain stores to be labeled "essential" during a virus, and eliminating the competition, the reason was to create the monopolies that we are watching now dictate to people who can shop at their stores.  This is globalism, and violates the Constitution.  Also, their orders cannot be enforced.

7.      Every day, more companies are being copy cats to this illegal maneuver and yet not anyone in Congress, Senate, or the Legislative branch has spent one minute trying to pass any law mandating masks.  No one can order these policies, nor fine anyone for non-compliance.  The worst fate for the most corrupt, is that they arrested innocent

people and still are.  The Constitutional Amendments are etched in stone, was so that no one could become a monopoly and "takeover".  The process of doing things in reverse, and having brands become the dictators is to weaken Americans, and let them then feel "privileged" for entrance into a global store, subservient to the brand, and then "lucky" that they could spend their hard earned dollars and feed their families.  Once this mentality is reached, and achieved, the next step is to steal more freedom and rights, and put in phase 2.  This could be limiting purchases, dictating what people can buy, forcing them to eliminate things they want to buy, forcing sales of unwanted items, and of course price gauging when there are no other options.
https://natashanh2024.blogspot.com/2020/07/someone-please-sue-walmart-besides-me.html

This sleazy criminal effort to slip in a dictatorship via the new shopping monopolies, and the airlines, is to have companies lay the groundwork so that the criminals in Congress and Senate can then try to make it all law.  They started out backwards under the guise of a virus, in order to scare people into submission.

Viruses come and go, and some live in our bodies every day.  None is "magic" or comes with any different criteria than another, and they do not have 2nd waves.  The plot for this virus had nothing to do with its origin, it was a plot to steal freedom, and we are still watching this play out every single day.  The Defendants are complicit in creating of fear, election rigging, theft of liberty and freedom, and more.
https://en.wikipedia.org/wiki/Virus

## CAUSES OF ACTION

8.    The theft of civil liberties, civil rights, the 14th and 1st Amendment are unable to be taken by anyone, and the Defendant does not have any legal authority to impose and allow for such an order.  All of the above USA policies, freedoms, and Constitutional Amendments prohibit every letter of the Defendant's order.  The Defendants, chain store brands does not supersede the Constitution, nor our civil rights, or any of our civil liberties.  Their order is harassing, causing division, and an entire host of additional issues, none of which a chain store, nor their staff are prepared to address.  They are not "medical people" nor do they have medical staff on site in the event of anyone collapsing from lack of oxygen, etc.  The role of everyone in this country is to prevent deaths, and protect people during their freedoms, including shopping, and they cannot be put at high risk of anything severing their right to oxygen.  The Defendant has violated all of these rights by this order, and is liable to these statutes and the content of each liberty they steal.

9.    The Defendants are violating the Sherman Act, and are now introduced themselves as a dictatorial monopoly and cannot, and they are liable for all of the stress and altered freedom, or prevention of entering their business by not having on a mask.  The Defendants are liable for these realities and consequences of attempting to initiate this monopoly and giving a heads up to others to also monopolize the market and deny service to "non-masked people.

1. Freedom of Movement is a Constitutional Right. **Freedom of movement under United States law** is governed primarily by the Privileges and Immunities Clause of the United States Constitution which states, "The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States." Since the circuit court ruling in *Corfield v. Coryell,* 6 Fed. Cas. 546 (1823), freedom of movement has been judicially recognized as a fundamental Constitutional right.

2. There was no allowance to limit movement, nor add Social Distancing, which the Defendant has done. It is a violation of Freedom of Movement, and the Defendant simply does not have that power to nullify the Constitution and order anything to restrict movement inside a public business.

3. The Defendant Apple needs to be forced to delete their app, to remove it's harmful collected data and to be severed from uploading private data to anyone. Their "health" button on their phones that cannot be deleted is also illegal. They do not have any right to even have that app on the phone.

WHERFORE, the Plaintiff demands that the law and Constitution be applied, in every case, with every Defendant. The unnamed Defendants will have to remove their illicit airline policies, as well as brands that are following suit with the above named defendants. The court, nor stores have any say over our health and freedom, government does not have access to run our lives, and literally toss out the Constitution. When it has been tried before, the reasons were the same as now, power grab and to destroy society.

The court must sever every request or suggestion of masks, should they want to have free masks that they offer those that want them, that is a choice, however, they cannot even imply in any policy or store signage that one "should" wear a mask.

The Defendants must remove all one way shopping signs, all foot prints for "social distancing" and remove every implication that people cannot be next to each other, or holding hands. The Defendants do not have any legal authority or law that allows them to make this division and separation. The defendants must unmask their staff, as they cannot force their employees to wear them in order to be paid. Any person that opts to wear a mask at work should be able. If any Defendant wants to put up a plastic shield to protect their staff from sick people that go shopping that is within each Defendant's right to do so however they are not able to dictate to their own staff at all and this has to be ruled illegal. There is no law which a business can bestow upon its own employees to basically blackmail them into masks or be fired.

Anyone that did injure shoppers with this policy is 100% liable for all consequences and civil damages.

The court must order Defendant Apple (and this law will hold to all cell phone brands) that they cannot bypass HIPPA laws, as they remain intact, and they cannot have a "health App" button, nor can they collect, reveal, store, or take health data. A virus does

not allow them to bypass any laws at all. The laws are there to protect people from every aspect of their health and privacy. Manufacturing parts out of USA to bypass the laws of the country still don't give any legal leeway to the Defendant to have inserted this into the phone, as it is criminal, as well as civil infractions. The court must do its job and order the Defendant to cease and desist downloads of this nature, theft of medical data, and an app that cannot be removed on any IPhone.

RELIEF

4. RELIEF SHOULD BE GRANTED to the Plaintiff and her entire community based on multiple Violations of Federal law that prohibits the wearing of masks, 18.2.422 Relief should be granted for violations of the 1st Amendment of the Constitution, severing religious liberty, For Restricting freedom of movement, Violations of the Sherman Act, the 1st and 14 Amendments, and making an order that has no legislation behind it.

5. Relief has to be based on violations of Antitrust Laws from the Sherman Act and cannot become dictatorial monopolies that came out of this virus, and they cannot violate our HIPPA law rights protected by this act, that was passed in 1996. No one is allowed to force you to disclose or discuss your health conditions, and they therefore lack any ability to tell you what to do, since your health condition is not their right to know about.

6. Relief is due to the Plaintiff for being tormented in her own state, her own places to eat, shop, live and be with others and the cost on society cannot even be measured in a dollar amount. It was destroyed in New Hampshire from Governor Sununu who stole artificial power and bestowed it upon businesses and their owners, and many, including Monadnock Co-Op are so unhealthy and the opposite of what they should be. The worst thing to do to anyone healthy is cut oxygen levels, one would think a store based on organic food would have this much knowledge.

WHEREFORE, the Plaintiff seeks $1Billion dollars for the actions of the Defendants, and the blight on the community that has been damaged by this order, and the realization that their freedom has been stolen, and their right to enter a public business.

The Plaintiff seeks all costs of this action, any costs associated with this action from research to documents and evidence to support her claims and rights.

Natasha Athens